Rowland *v.* City of Greencastle.

*S. N. Chambers, S. O. Pickens, C. W. Moores* and *R. F. Davidson,* for appellants.

---

## STEVENSON *v.* SMITH.

[No. 19,605.   Filed December 13, 1901.]

From Marion Superior Court; *J. L. McMasters,* Judge.

Action by William C. Smith against James Stevenson to enforce a lien for street improvements.   From a judgment for plaintiff, defendant appeals.   *Affirmed.*

*S. N. Chambers, S. O. Pickens, C. W. Moores* and *R. F. Davidson,* for appellant.

HADLEY, J.—This record presents the identical questions decided in *Shank* v. *Smith, ante,* 401, and upon the authority of that case the judgment in this case is affirmed.

---

## ROWLAND *v.* CITY OF GREENCASTLE.

[No. 18,883.   Filed January 9, 1902.]

From the Putnam Circuit Court; *S. M. McGregor,* Judge.

Action by City of Greencastle against Daniel B. Rowland for violating a city ordinance.   From a judgment for plaintiff, defendant appeals.   *Reversed.*

*H. C. Lewis, B. F. Corwin, J. E. Lamb, J. T. Beasley, W. W. Woollen* and *Evans Woollen,* for appellant.

*G. C. Moore, T. T. Moore* and *J. S. McClary,* for appellee.

DOWLING, J.—The questions presented in this cause are substantially the same, and are between the same parties as in the case of *Rowland* v. *City of Greencastle, ante,* 591.

On the authority of that case the judgment is reversed, with directions to overrule the demurrer to the second paragraph of the appellant's answer, to sustain the motion for a new trial, and for further proceedings in accordance with said opinion.